UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING CO., K.S.C.,<br>Sulaibiya Main Building<br>Beside Land Customs Clearing Area<br>State of Kuwait<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>DEFENSE SUPPLY CENTER<br>Philadelphia<br>The Defense Logistics Agency, and<br>The Department of Defense<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-01476 (RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

THE CLERK OF THE COURT will please enter the appearance of Andrea McBarnette, Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

　　　　　　　　/s/
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153
(202) 514-8780 (facsimile)