UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING CO., K.S.C., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>DEFENSE SUPPLY CENTER, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 07-01476 (RBW) |

**CONSENT MOTION TO EXTEND**

The Defendants, by and through its undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Specifically, Defendants request that it be allowed to file a dispositive motion in response to the complaint by October 9, 2007. The present answer due date is September 17, 2007. The Plaintiff has brought suit against three agency defendants. The undersigned has diligently attempted to contact all the agencies but has been unable to reach all defendants so far. Therefore, the Defendants ask for an extension so that each agency defendant can review the complaint and so that the undersigned can consult with the agency defendants. The Plaintiff has consented to the relief sought. This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Defendants respectfully request that the time to respond to the complaint be extended until October 9, 2007.

Dated: September 14, 2007            Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING CO., K.S.C., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DEFENSE SUPPLY CENTER, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 07-01476 (RBW) |

**ORDER**

Upon consideration of the Consent Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendant's time to respond to the complaint is extended to and including October 9, 2007.

_____
UNITED STATES DISTRICT JUDGE


Dated: _____, 2007