**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENSE SUPPLY CENTER )<br>PHILADELPHIA, DEFENSE )<br>LOGISTICS AGENCY, and )<br>DEPARTMENT OF DEFENSE, )<br>)<br>Defendants. )<br>) | Civil Action No. 07cv1476 (RBW) |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned appears as counsel of record for Plaintiff Public Warehousing Company K.S.C.

Respectfully submitted,

/s/ Alexander O. Levine
Alexander O. Levine (DC Bar No. 501924)
VINSON ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004-1008
Telephone:   202.639.6720
Facsimile:    202.639.6604
Email:   alevine@velaw.com

September 27, 2007