UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PUBLIC WAREHOUSING CO., K.S.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 07-01476 (RBW) |
| | ) | |
| DEFENSE SUPPLY CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CONSENT MOTION TO EXTEND

The Defendants, by and through their undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to file a dispositive motion in response to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Specifically, Defendants request that it be allowed to file a dispositive motion in response to the complaint by November 9, 2007. The present answer due date is October 9, 2007 and this is the Defendants' second motion for an extension of time. The Plaintiff has graciously consented to the relief sought.

Although the motion to extend is not filed four days prior to the due date, Defendants request that the Court grant the extension so that it can further coordinate with other federal agencies that have expressed an interest in this FOIA action. The Defendants withheld documents in part due to the potential impact a release of the requested documents would have upon ongoing civil and criminal investigations. The Defendants request more time in order to discuss the potential impact of a FOIA release and to coordinate with the government attorneys involved in both the civil and criminal investigations. This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Defendants respectfully request that the time to respond to the complaint be extended until November 9, 2007.

Dated: October 9, 2007                Respectfully submitted,


    /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


    /s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC WAREHOUSING CO., K.S.C.,       )
                                      )
                    Plaintiff,        )
          v.                          )
                                      )       Civil Action No. 07-01476 (RBW)
                                      )
DEFENSE SUPPLY CENTER, et al.,        )
                                      )
                    Defendants.       )
_____   )

**ORDER**

Upon consideration of the Consent Motion for Enlargement of Time, it is hereby ordered

that the motion is granted. The Defendants' time to file a dispositive motion in response to the

complaint is extended to and including November 9, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007