UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING CO., K.S.C., )<br>)<br>      Plaintiff, )<br> v. )<br>      )<br>      )<br>DEFENSE SUPPLY CENTER, et al., )<br>      )<br>      Defendants. )<br>      ) | Civil Action No. 07-01476 (RBW) |

**MOTION TO EXTEND**

  The Defendants, by and through their undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to file a dispositive motion in response to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Specifically, Defendants request that it be allowed to file a dispositive motion in response to the complaint by November 19, 2007. The present answer due date is November 9, 2007 and this is the Defendants' third motion for an extension of time. Plaintiff has not consented to the relief sought.

  Although the motion to extend is not filed four days prior to the due date, Defendants request that the Court grant the extension because agency counsel is not in the office today and is unable to review the filing due today. The Plaintiff has brought suit against three defendants and agency counsel for one of the defendants is unavailable. The undersigned had expected to make a timely filing and did not expect that the defendant would be unable to conduct a full review of the filing. Because the undersigned can not finalize the document without that agency counsel's input, the Defendants request an extension of time of one business week[1].

---

  [1]  Not including Monday, the 12th of November which is a federal holiday.

WHEREFORE, based on the foregoing, the Defendants respectfully request that the time to respond to the complaint be extended until November 19, 2007.

Dated: November 9, 2007    Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

/s/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING CO., K.S.C., ) <br> ) <br> Plaintiff, ) <br> v.  ) <br> ) <br> DEFENSE SUPPLY CENTER, et al., ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 07-01476 (RBW) |

**<u>ORDER</u>**

Upon consideration of the Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Defendants' time to file a dispositive motion in response to the complaint is extended to and including November 19, 2007.

_____
UNITED STATES DISTRICT JUDGE


Dated: _____, 2007