**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PUBLIC WAREHOUSING COMPANY | ) | |
| K.S.C., | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-01476 (RBW) |
| | ) | |
| DEFENSE SUPPLY CENTER | ) | |
| PHILADELPHIA, THE DEFENSE | ) | |
| LOGISTICS AGENCY, and THE | ) | |
| DEPARTMENT OF DEFENSE. | ) | |

_____

## OPPOSITION TO MOTION TO EXTEND

Plaintiff, Public Warehousing Company K.S.C., hereby files its Opposition to the Defendants' November 9th Motion to Extend. Defendants' Motion is its third request for an extension of time to file the Answer.

Defendants have repeatedly delayed responding to Plaintiffs' Freedom of Information Act ("FOIA") request. The initial FOIA request was made on February 12, 2007. Notwithstanding the 20 day timeline prescribed by the FOIA statute, 5 U.S.C. § 552(a)(6)(A), the Defendants took nearly two months to deny the request. Plaintiff then filed an appeal on May 3, 2007. Again notwithstanding the 20 day timeline prescribed by the FOIA statute, Defendants did not deny the appeal until July 20, 2007.

Plaintiff filed this lawsuit on August 17, 2007, and the due date for the Answer, as required by the FOIA statute, was set at September 17th. Initially, Plaintiff agreed to allow Defendants a three week extension. On October 9th, Plaintiff agreed to give the Defendants another extension, this time for a full month, based on representations from Defendants' counsel that she needed more time to potentially arrange for the Government to release the requested documents. On November 9th, the day the Answer was due and nine months from the date of the

original FOIA request, Defendants requested their third extension of time, this time for 10 more days to file a motion to dismiss.  These delay tactics have gone on too long. Plaintiff is entitled to the prompt resolution of its claims.

The Court should deny the Defendants' third request for an extension and should take all appropriate action necessary to ensure that Plaintiff's claims are addressed in a timely manner.

Respectfully submitted,

/s/ Michael R. Charness
Michael R. Charness (D.C. Bar No. 289322)
Alexander O. Levine (D.C. Bar No. 501924)
VINSON & ELKINS, L.L.P.
The Willard Office Building
1455 Pennsylvania Ave. Suite 600
Washington, D.C. 20004
Telephone:  (202) 639-6780
Facsimile:  (202) 639-6640

Dated:  November 13, 2007

Attorneys of Record for Public Warehousing Company K.S.C.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **PUBLIC WAREHOUSING COMPANY K.S.C.,** | ) ) ) | |
| **v.** | ) ) | Civil Action No. 07-01476 (RBW) |
| **DEFENSE SUPPLY CENTER PHILADELPHIA, THE DEFENSE LOGISTICS AGENCY, and THE DEPARTMENT OF DEFENSE.** | ) ) ) ) ) | |

_____

## <u>ORDER</u>

Upon consideration of the Plaintiff's Opposition to the Defendants' Motion for

Enlargement of Time, it is hereby ordered that the Defendants' Motion for Enlargement

of Time is DENIED.


_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007