IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., )<br>)<br>)<br>v. )<br>)<br>DEFENSE SUPPLY CENTER )<br>PHILADELPHIA, THE DEFENSE )<br>LOGISTICS AGENCY, and THE )<br>DEPARTMENT OF DEFENSE. ) | Civil Action No. 07-01476 (RBW) |

**CONSENT MOTION TO EXTEND**

Plaintiff, Public Warehousing Company K.S.C., by and through its undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to oppose or otherwise respond to the Defendants' Motion for Summary Judgment filed on November 19, 2007.

Specifically, Plaintiff requests that it be allowed to file a dispositive motion in response to the motion for summary judgment by December 5, 2007. The present due date is November 30, 2007. Plaintiff's counsel is unexpectedly out of the country and will not be returning until late on Friday, November 30th.

This is Plaintiff's first request for a motion to extend. Defendants have consented to the relief sought. This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Defendants respectfully request that the time to respond to the complaint be extended until December 5, 2007.

Dated: November 28, 2007                    Respectfully submitted,


                                            /s/ Alexander O. Levine
                                            Michael R. Charness (D.C. Bar No. 289322)
                                            Alexander O. Levine (D.C. Bar No. 501924)
                                            VINSON & ELKINS, L.L.P.
                                            The Willard Office Building
                                            1455 Pennsylvania Ave. Suite 600
                                            Washington, D.C. 20004
                                            Telephone:  (202) 639-6780
                                            Facsimile:  (202) 639-6640

                                            Attorneys of Record for Public Warehousing
                                            Company K.S.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., <br><br> v. <br><br> DEFENSE SUPPLY CENTER PHILADELPHIA, THE DEFENSE LOGISTICS AGENCY, and THE DEPARTMENT OF DEFENSE. | ) ) ) ) ) ) ) ) ) ) ) ) |  Civil Action No. 07-01476 (RBW) |

**<u>ORDER</u>**

Upon consideration of the Consent Motion for Enlargement of Time, it is hereby ordered that the motion is granted. The Plaintiff's time to respond to the Motion for Summary Judgment is extended to and including December 5, 2007.


Dated: _____, 2007          _____
                                     UNITED STATES DISTRICT JUDGE