IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., <br><br>v. <br><br>DEFENSE SUPPLY CENTER PHILADELPHIA, THE DEFENSE LOGISTICS AGENCY, and THE DEPARTMENT OF DEFENSE. | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 07-01476 (RBW)

### CERTIFICATE OF CONFERENCE

Yesterday, Plaintiff filed a dispositive Combined Motion for Summary Judgment and *In Camera* Review. As part of that motion, Plaintiff also requested an *in camera* review of the documents requested under Plaintiff's Freedom of Information Act request.

To the extent that such request is deemed a separate non-dispositive motion, Plaintiff certifies that it has conferred with Defendants' counsel pursuant to Local Civil Rule 7(m). Defendants' counsel stated that she has no position, as of yet, on the motion for *in camera* review.

Dated:  December 6, 2007

Respectfully submitted,

/s/ Alexander O. Levine

Michael R. Charness (D.C. Bar No. 289322)
Alexander O. Levine (D.C. Bar No. 501924)
VINSON & ELKINS, L.L.P.
The Willard Office Building
1455 Pennsylvania Ave. Suite 600
Washington, D.C. 20004
Telephone:  (202) 639-6780
Facsimile:  (202) 639-6640

Attorneys of Record for Public Warehousing Company K.S.C.

1