UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING CO., K.S.C., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>DEFENSE SUPPLY CENTER, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 07-01476 (RBW) |

## CONSENT MOTION TO EXTEND

The Defendants, by and through their undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to file an opposition in response to the Plaintiff's dispositive motion in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  Specifically, Defendants request that it be allowed to file an opposition by January 4, 2008.  The present answer due date is December 17, 2007.  The Plaintiff has graciously consented to the relief of a due date set for after the holidays.

Given the heavy work load of the undersigned, the holidays and the vacation schedules of agency counsel and the undersigned, the Defendant requests additional time to be able to consult with agency counsel and prepare an opposition.

WHEREFORE, based on the foregoing, the Defendants respectfully request that the time to respond to the complaint be extended until January 4, 2008.

Dated: December 13, 2007          Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

/s/
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153