UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


PUBLIC WAREHOUSING CO., K.S.C.,          )
                                         )
                        Plaintiff,       )
        v.                               )
                                         )    Civil Action No. 07-01476 (RBW)
                                         )
DEFENSE SUPPLY CENTER, et al.,           )
                                         )
                       Defendants.       )
_____  )


## **MOTION TO EXTEND**

The Defendants, by and through their undersigned counsel, respectfully move this Court

pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to file an opposition in response to

the Plaintiff's dispositive motion in this case brought under the Freedom of Information Act, 5

U.S.C. § 552 ("FOIA").  Specifically, Defendants request that they be allowed to file an

opposition by January 18, 2008.  The present answer due date is January 4, 2008.  This is the

Defendants' second request for an extension of time in regards to the opposition to Plaintiff's

dispositive motion.  Before filing the herein motion, the undersigned attempted to contact

Plaintiff's counsel and left a voice mail message with Plaintiff's counsel requesting consent.

Despite having to cancel some of her holiday vacation plans in order to work on filings

due in her case load and despite already working over the weekend, the undersigned realizes that

she will not be able to finish preparing an opposition by the present due date.  In regards to the

undersigned's case load, on January 4th, not only is the opposition due in the instant action, but

the undersigned also has due two other motions in two other cases (a motion to dismiss and a

motion for reconsideration).  In a third case, an oral argument regarding a motion to compel is

set on the following business day.  Given the heavy work load of the undersigned, the holidays

and the vacation schedules of agency counsel and the undersigned, the Defendant requests

additional time to be able to consult with agency counsel and to prepare an opposition.

WHEREFORE, based on the foregoing, the Defendants respectfully request that the time

to respond to the complaint be extended until January 18, 2008.


Dated: December 23, 2007              Respectfully submitted,


/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PUBLIC WAREHOUSING CO., K.S.C.,     )
                                       )
              Plaintiff,     )
        v.                      )
                                       )     Civil Action No. 07-01476 (RBW)
                                     )
DEFENSE SUPPLY CENTER, et al.,     )
                                     )
            Defendants.    )
                                     )

## **ORDER**

Upon consideration of the Motion for Enlargement of Time, it is hereby ordered that the

motion is granted.  The Defendants' time to file an opposition to Plaintiff's dispositive motion is

extended to and including January 18, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 200__