UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING CO., K.S.C., )<br>Sulaibiya Main Building )<br>Beside Land Customs Clearing Area )<br>State of Kuwait )<br>)<br>              Plaintiff, )<br>v. )<br>)<br>)<br>DEFENSE SUPPLY CENTER )<br>Philadelphia )<br>The Defense Logistics Agency, and )<br>The Department of Defense )<br>)<br>)<br>              Defendants. )<br>) | Civil Action No. 07-01476 (RBW) |

## NOTICE OF SUBSTITUTION OF COUNSEL

THE CLERK OF THE COURT will please enter the appearance of Assistant United States Attorney Christopher B. Harwood and remove the appearance of Assistant United States Attorney Andrea McBarnette as counsel of record for Defendants in the above-captioned action.

                                                Respectfully submitted,

                                                    /s/
                                              CHRISTOPHER B. HARWOOD
                                              Assistant United States Attorney
                                              555 4th Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 307-0372 (phone)
                                              (202) 514-8780 (facsimile)