UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING CO., K.S.C., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>DEFENSE SUPPLY CENTER, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 07-01476 (RBW) |

**MOTION TO EXTEND**

Defendants, by and through their undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to extend by two weeks, to February 1, 2008, their deadline to file their brief in opposition to Plaintiff's cross-motion for summary judgment and in further support of their own motion for summary judgment. The current deadline is this Friday, January 18, 2008. Plaintiff does not consent to this motion.

There is good cause to grant this motion. The Assistant United States Attorney who had been assigned primary responsibility over this Freedom of Information Act ("FOIA") case is leaving the Civil Division this Friday. Yesterday evening, this case was transferred to the undersigned Assistant United States Attorney (the "undersigned AUSA"). Prior to yesterday evening, the undersigned AUSA did not know that he would be assuming responsibility for this action. Moreover, prior to yesterday evening, the undersigned AUSA had had no involvement with respect to this action. Thus, the undersigned AUSA will need a reasonable amount of time to review the case file, review the memoranda of law the parties submitted in support of their motions and correspond with agency counsel. Based on the FOIA exemptions at issue in this case, the undersigned AUSA will also need additional time to correspond with and obtain

necessary information from the Department of Justice's criminal and civil fraud sections. The undersigned AUSA was unable to file this motion four days in advance of the current filing deadline because, at that time, he had not been assigned responsibility for this action.

For the foregoing reasons, Defendants respectfully request that their deadline to file their brief in opposition to Plaintiff's cross-motion for summary judgment and in further support of their own motion for summary judgment be extended to February 1, 2008. A proposed order consistent with this motion is attached hereto.

Dated: January 16, 2008

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING CO., K.S.C.,      )<br>                                                                )<br>                            Plaintiff,      )<br>           v.                                                  )<br>                                                                )    Civil Action No. 07-01476 (RBW)<br>                                                                )<br>DEFENSE SUPPLY CENTER, et al.,   )<br>                                                                )<br>                            Defendants.  )<br>_____) | |

## **ORDER**

Having considered Defendants' Motion to Extend, and the entire record herein, it is, this

_____ day of _____, 2008,

ORDERED that Defendants' Motion to Extend be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendants shall submit their brief in opposition to Plaintiff's cross-motion for summary judgment and in further support of their own motion for summary judgment by February 1, 2008.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copy to:  ECF Counsel