UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING CO., K.S.C., )<br> )<br>            Plaintiff, )<br>   v. )<br> )<br> )<br>DEFENSE SUPPLY CENTER, et al., )<br> )<br>            Defendants. )<br> ) | Civil Action No. 07-01476 (RBW) |

## REPLY IN SUPPORT OF MOTION TO EXTEND

Plaintiff unfairly characterizes the pending motion to extend as a delaying tactic. It is not. The Undersigned Assistant United States Attorney to whom this case was transferred less than 48 hours ago (the "AUSA") has requested a two-week extension so that he may learn the case, correspond with all necessary parties and properly represent his clients. Notably, Plaintiff, in its opposition to Defendants' motion to extend, does not identify any prejudice that it will face if the Court were to grant the requested two-week extension. Defendants, on the other hand, would be severely prejudiced if they were unable to submit a response to Plaintiff's cross-motion for summary judgment. Like Plaintiff, the AUSA wants this case to be decided as quickly and fairly as possible, and will not request any additional extensions.

Dated: January 17, 2008         Respectfully submitted,

　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR # 434122
　　　　　　　　　　　　　　Assistant United States Attorney.

      /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0372