IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., )<br>)<br>v.  )<br>)<br>DEFENSE SUPPLY CENTER )<br>PHILADELPHIA, THE DEFENSE )<br>LOGISTICS AGENCY, and THE )<br>DEPARTMENT OF DEFENSE. ) | Civil Action No. 07-01476 (RBW) |

**CONSENT MOTION TO EXTEND**

Plaintiff, Public Warehousing Company K.S.C., by and through its undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to reply to the Defendants' Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment and in Opposition to Plaintiff's Cross-Motion for Summary Judgment and *In Camera* Review filed on February 1, 2008.

Specifically, Plaintiff requests that it be allowed to file a reply to Defendants' Memorandum by February 13, 2008 because of other pressing matters that also demanded Plaintiff's immediate attention. The present due date is February 8, 2008.

This is Plaintiff's second request for a motion to extend. Defendants have consented to the relief sought. This extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, the Plaintiff respectfully requests that the time to reply to Defendants' Memorandum be extended until February 13, 2008.

        Respectfully submitted,


    /s/ Michael R. Charness

Michael R. Charness (D.C. Bar No. 289322)
Alexander O. Levine (D.C. Bar No. 501924)
VINSON & ELKINS, L.L.P.
The Willard Office Building
1455 Pennsylvania Ave. Suite 600
Washington, D.C. 20004
Telephone:  (202) 639-6780
Facsimile:  (202) 639-6604

Dated:  February 5, 2008

Attorneys of Record for Public Warehousing Company K.S.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., | ) ) ) |
| v. | ) ) Civil Action No. 07-01476 (RBW) ) |
| DEFENSE SUPPLY CENTER PHILADELPHIA, THE DEFENSE LOGISTICS AGENCY, and THE DEPARTMENT OF DEFENSE. | ) ) ) ) ) |

### ORDER

Upon consideration of the Consent Motion to Extend, it is hereby ordered that the motion is granted. The Plaintiff shall reply to Defendants' Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment and in Opposition to Plaintiff's Cross-Motion for Summary Judgment and *In Camera* Review by February 13, 2008.

_____
UNITED STATES DISTRICT JUDGE

Dated: February _____, 2008

Copy to:  ECF Counsel