IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., | ) ) ) |
| v. | ) ) Civil Action No. 07-01476 (RBW) |
| DEFENSE SUPPLY CENTER PHILADELPHIA, THE DEFENSE LOGISTICS AGENCY, and THE DEPARTMENT OF DEFENSE. | ) ) ) ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court shall withdraw the appearance of Alexander O. Levine as counsel for Public Warehousing Company K.S.C. in the above-captioned case. Withdrawal is requested only as to Mr. Levine, who is leaving the law firm of Vinson & Elkins L.L.P. All other attorneys of record from Vinson & Elkins L.L.P. will maintain their appearance on behalf of Public Warehousing Company K.S.C.

Dated: April 14, 2008

Respectfully submitted,

/s/ Alexander O. Levine

Michael R. Charness (D.C. Bar No. 289322)
Alexander O. Levine (D.C. Bar No. 501924)
VINSON & ELKINS, L.L.P.
The Willard Office Building
1455 Pennsylvania Ave. Suite 600
Washington, D.C. 20004
Telephone: (202) 639-6780
Facsimile: (202) 639-6640

Attorneys of Record for Public Warehousing Company K.S.C.